173 So. 922

**Will T. MIREE v. STATE.**
**2 Div. 599.**

Court of Appeals of Alabama.
April 6, 1937.

Pitts & Pitts, of Selma, for appellant.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.